**Louis E. KEMP, Appellant,**

v.

**TRIDENT SEAFOODS CORPORATION, Appellee.**

No. 2012–1143.

United States Court of Appeals, Federal Circuit.

March 13, 2012.

Marcy Wallace, Cox Goudy McNulty & Wallace, Minneapolis, MN, for Appellant.

Patrick C. Stephenson, Kutak Rock, LLP, Omaha, NE, for Appellee.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

**W. Robert WARDELL, Jr., Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 2012–5054.

United States Court of Appeals, Federal Circuit.

March 13, 2012.

Michael N. O'Connell Jr., Department of Justice, Washington, DC, for Defendant–Appellee.

W. Robert Wardell Jr., Yazoo City, MS, pro se.

**ORDER**

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.